UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

UNITED STATES OF AMERICA,   Criminal No. 08-132

v.

ALEXANDR SIROTA, et al.   PROPOSED ORDER

Defendant.

-----------------------------------------------------------X

This matter having been opened to the Court by **ALBERT Y DAYAN, Esq.**, attorney for defendant, Grigory Sirota, and Anthony Moscato, Assistant United States Attorney, appearing for the Government and Randolph Pellamy, Pre-Trial Officer, having consented to same.

**IT IS** on this 15th day of January, 2009:

**Ordered** that defendant, Grigory Sirota, be permitted to travel to Las Vegas, Nevada for four days on a family vacation from January 17, 2009 to January 20, 2009.

Dated: January 15, 2009

BY THE COURT:

_____
Hon. Justice Suzanne D. Wigenton
United States District Judge

_____
ALBERT Y. DAYAN

**Attorney for Defendant
Grigory Sirota**
80-02 Kew Gardens Road
Kew Gardens, New York 11415
(718) 268-9400