UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 08-132 (SDW) |
| GRIGORY SIROTA,<br>   a/k/a "Grisha Sirota," and<br>JACK MELMAN,<br>   a/k/a "Yaakov Melman" | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Anthony Moscato, Assistant U.S. Attorney), and defendants Grigory Sirota, a/k/a "Grisha Sirota" (by his attorney Albert Y. Dayan, Esq.), and Jack Melman, a/k/a "Yaakov Melman" (by his attorney Michael Chazen, Esq.) for an Order granting a continuance of the proceedings in the above-captioned matter for 45 days, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and all parties having consented to the entry of this continuance order under the Speedy Trial Act, and good cause having been shown;

WHEREFORE, IT APPEARING that:

1. Plea negotiations are currently in progress with counsel for each defendant, and both the United States and the defendants desire additional time to complete their discussions.

A plea in this matter would render any trial of this matter unnecessary.

2. Counsel for each defendant has consented to this continuance.

3. The failure to grant such a continuance in the proceedings would be likely to result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(i).

4. The ends of justice served by granting a continuance of the trial date outweigh the best interest of the public and each defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

THEREFORE, IT IS on this 11th day of August 2009 it is hereby ORDERED as follows:

5. This matter shall be continued from August 12, 2009 through September 26, 2009 and that period shall be excluded for the purposes of computing time under the Speedy Trial Act.

_____
HON. SUSAN D. WIGENTON
United States District Judge