2003R00408/am

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :    Hon. Susan D. Wigenton

      v.                   :    Criminal Number: 08-132 (SDW)

GRIGORY SIROTA,          :    <u>ORDER FOR DISMISSAL</u>

    a/k/a "Grisha Sirota"

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses all counts of the Second Superseding Indictment, Criminal Number 08-132 (SDW), against defendant Grigory Sirota, a/k/a "Grisha Sirota," that was filed on August 7, 2008, charging him with conspiracy to commit health care fraud (18 U.S.C. § 1349), health care fraud (18 U.S.C. § 1347), conspiracy to commit money laundering (18 U.S.C. § 1956(h)), money laundering (18 U.S.C. § 1956), and aiding and abetting (18 U.S.C. § 2) because further prosecution of these charges is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Date: _Nov. 2, 2009_      _____
                                 HON. SUSAN D. WIGENTON
                                 United States District Judge